IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-083 |
| Liam Ferns | | |
| Defendant. | : | |

SATISFACTION OF JUDGMENT

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

                                                COLM F. CONNOLLY
                                                United States Attorney

By:    /s/Patricia C. Hannigan
            Patricia C. Hannigan
            Assistant United States Attorney
            Delaware Bar I.D. No. 2145
            The Nemours Building
            1007 Orange Street, Suite 700
            P. O. Box 2046
            Wilmington, DE 19899-2046
            (302) 573-6277
            Patricia.Hannigan@usdoj.gov

April 13, 2005